NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MARCUS L. WILLIAMS,**
*Plaintiff-Appellant,*

**v.**

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5098

---

Appeal from the United States Court of Federal Claims in case no. 05-CV-1123, Judge Charles F. Lettow.

---

**ON MOTION**

---

**O R D E R**

Marcus L. Williams moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

__JUN 2 2 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Marcus L. Williams
     Dawn S. Conrad, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 2 2 2011

JAN HORBALY
CLERK